Al Lustgarten,Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,            )
                                        )
            Plaintiff,       vs.        )   Case No.:  2:13-CV-03142-WDK-PLA
                                        )
EDDIE KESSLER, et al,                   )   **RENEWAL OF JUDGMENT  BY CLERK**
                                        )
            Defendant,                  )
                                        )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant Magdalena Ramos Holguin, aka Magdalena Holguin, individually dba Antigua Bar and Grill aka Antigua Ristorante Inc and Passion Restorante Inc an unknown entity dba Antigua Bar and Grill aka Antigua Latin Bistro aka Antigua Ristorante Inc.  entered on October 22, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $  9,880.00 |
| b. | Costs and fees after judgment | $      0.00 |
| c. | Subtotal *(add a and b)* | **$  9,880.00** |
| d. | Credits | $  5,000.00 |
| e. | Subtotal *(subtract d from c)* | **$  4,880.00** |
| f. | Interest after judgment (.14%) | $     71.00 |
| g. | Fee for filing renewal of application | $      0.00 |
| **h.** | Total renewed judgment (add e, f and g) | $  4,951.00 |

Dated: _July 18, 2024_____          CLERK, by Deputy _Sharon Hall Brown_

Renewal of Judgment